# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

~~FILED~~

08 MAY -5 PM 4: 02

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT COURT

*This space for Clerk's Office File Stamp*

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: _____, Deputy Clerk    RECEIVED DATE: 5/5/08

CASE NO.: 08CV218 _____    DOCUMENT FILED BY: _____

CASE TITLE: _____

DOCUMENT ENTITLED: letter _____

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☐ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated intrest |
| ☒ | | OTHER: ex parte communication _____ |

**Date forwarded:** _____

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐  The document is to be filed nunc pro tunc to date received.

☒  The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1.

CHAMBERS OF: _BTM_

Dated: 5/5/08 _____    By: _____
cc: All Parties



 **FARMERS**

1364 Camino Real, Ste 150
San Bernardino, CA. 92408
Ph: (909) 884-8866
Fax: (800) 581-8812



April 26, 2008

Judge Berry Ted Moskowitz                                O8CV 218
Office of the clerk
880 Front Street, Suite 4290
San Diego, CA. 92101-8900

Dear Honorable Judge Berry Ted Moskowitz

My name is Ross A. Veckey II, I am a Farmers Insurance agent licensed in Insurance and Securities. I am writing to you on behalf of Mr. Eric Mandal Perry, case No. 98CR2039BTM. I have known Mr. Perry for over 15 years. Throughout those years I have been a friend, confidant, and grown to feel like an extended family member. Unfortunately, Eric has not always made decisions that I have been proud of or supported, especially those of which lead him to his current situation. However, I have always known that Eric's intentions were to assist the ones he cares about with the hope of providing better opportunities.

Eric would be the first to concur that I believe whole heartedly one should be held accountable for their actions. Having grown up in similar environments, I have witnessed first hand how many young intelligent men and women, get seduced by corrupt lifestyles and the so called prospect of "easy money". While I know an individual can control their future to ascend beyond stereotypical "street life", I also acknowledge that in most cases, it takes an extreme occurrence followed by consequence of action to give some individuals the additional motivation needed to change their lives for the better. It is without a question or doubt that Eric has now fully learned this valuable lesson.

The extent to which Eric has grown throughout this ordeal is truly impressive. It is rare in today's society that we witness individuals who truly become "Rehabilitated" as opposed to "institutionalized". In this case, I believe Eric is living proof that with the proper support, and internal drive, one can be made to see the error of their ways. Perhaps more importantly, they can also be motivated to reconcile for their mistakes, and become living testament as to the potential of both, our justice system, and an individual's ability to shape their future.

I humbly request that your honor grant the motion for which Mr. Perry has filed. Allow him the opportunity to return to his family and children whom critically need them here in their lives. I know Eric would better continue to pay debt to our society, if he was amongst our society. In this way he can positively influence those around him, whom might otherwise perpetuate an already over fueled negative cycle.

Sincerely,

*Ron C. Veckey II*

Ross A. Veckey II